IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TERRYETT O. WOODS,<br><br>        Plaintiff,<br><br>v.<br><br>ROSALIND FINEE THOMAS-WILLIAMS-GRAHAM, and HERBERT LEE MERIWEATH,<br><br>        DefendantS. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-CV-00449<br><br>Judge Clark Waddoups |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Dustin Pead pursuant to 28 U.S.C. § 636(b)(1)(B). (Dkt. No. 9). On November 24, 2015, Judge Pead issued a Ruling & Order allowing plaintiff fifteen days within which to amend her complaint to properly state a cause of action pursuant to 42 U.S.C. § 1985. (Dkt. No. 12.) This order required plaintiff to file her response on or before December 9, 2015. On December 15, 2015, the court received correspondence from the plaintiff, postmarked December 8, 2015. (Dkt. No. 14.) On December 16, 2015, Judge Pead issued a Report & Recommendation recommending that the court dismiss Ms. Woods' complaint because her amended pleading was not timely received and because it failed to comply with the Ruling & Order dated November 24, 2015. (Dkt. No. 13.) Ms. Woods timely filed an objection to Judge Pead's Report and Recommendation. (Dkt. No. 15.)

The court has reviewed the Report and Recommendation de novo and has carefully considered Ms. Woods' original Complaint and subsequent pro se pleadings pursuant to the *in*

*forma pauperis* statute at 28 U.S.C. § 1915(e)(2), which pleadings the court liberally construes as pro se amended complaints.  The court has also carefully considered Ms. Woods' objection.  After doing so, the court agrees with Judge Pead's analysis that Ms. Woods has failed to adequately state a cause of action, underlying facts in support or the nexus between her pleadings and a § 1985 claim.  Accordingly, the court APPROVES AND ADOPTS Judge Pead's Report and Recommendation (Dkt. No. 15) in its entirety and dismisses the case.

    SO ORDERED this 22nd day of March, 2016.

BY THE COURT:

_____
Clark Waddoups
United States District Judge